371 A.2d 242

Commonwealth v. Sweigart, Appellant.

Submitted June 22, 1976. Michael J. Perezous, and Xakellis, Perezous & Mongiovi, for appellant; John A. Kenneff, Assistant District Attorney, and D. Richard Eckman, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

364 A.2d 410

Commonwealth v. Thomas, Appellant.

Submitted March 1, 1976. Robert E. Campbell, for appellant; Oscar F. Spicer, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.